UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 20-MJ-93-HB

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE E-MAIL ADDRESSES: DAN.DAVIDSON@WATERTEKMARKETING.COM; INFO@WATERTEKMARKETING.COM; MICHAEL.BRUNN@WATERTEKMARKETING.COM; PAYOFF@WATERTEKMARKETING.COM; PRESTON.PATTON@WATERTEKMARKETING.COM; & ROB.NAYLOR@WATERTEKMARKETING.COM, THAT IS STORED AT PREMISES CONTROLLED BY ENDURANCE INTERNATIONAL GROUP, INC. | **FILED UNDER SEAL**<br><br>MOTION TO UNSEAL |

The United States of America hereby moves the Court for an order to unseal the above-captioned matter.

On February 13, 2020, the government submitted a Petition to Seal the Search Warrant, Affidavit, Return and Petition and Order for Sealing in this matter, which the Court granted the same day. However, since that date, the party whose alleged conduct is described in certain filings in this matter, has been indicted in Case No. 23-CR-218 (DSD/DTS), *United States v. Charles Fields*. In light of that event, the previous bases for keeping this matter sealed are no longer necessary.

Accordingly, the government respectfully requests that the Court issue an order to unseal the above-captioned matter.

Dated: June 14, 2023

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

/s/ Matthew S. Ebert
BY: MATTHEW S. EBERT
Assistant U.S. Attorney